UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY E. BOSTEDER,<br><br>                             Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>                             Defendant. | Case No. 10-5389 RBL-KLS<br><br>REPORT AND RECOMMENDATION |

        This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C.

§ 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W.

v. Weber, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for

remand. (ECF #24).  After reviewing the parties' stipulated motion and the remaining record, the

undersigned recommends that the Court grant the parties' motion, and remand this matter to the

Commissioner for further proceedings as set forth by the parties in that motion.

        Given the fact of the parties' stipulation, the Court recommends that the District Judge

immediately approve this Report and Recommendation and order the case **REVERSED** and

**REMANDED.**   A proposed order accompanies this Report and Recommendation.

        DATED this 10th day of December, 2010.

_____
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1