UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BILLY E. BOSTEDER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:10-cv-05389-RBL-KLS<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the ALJ will reconsider the medical evidence, including the opinions of Doctors Perko and Bremner; reconsider the opinion of Ms. Selover; reassess the claimant's credibility giving consideration to

//

//

Page 1        PROPOSED ORDER OF REMAND - [3:10-cv-05389-RBL-KLS]

any explanations provided for choosing conservative treatment options; reassess the claimant's residual functional capacity; and if necessary obtain additional vocational testimony.

DATED this 10th day of December, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Thomas M. Elsberry for
THOMAS M. ELSBERRY, WSB # 26456
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2112
Fax:  (206) 615-2531
thomas.elsberry@ssa.gov