United States District Judge RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILLY EDWARD BOSTEDER, ) | |
| ) | CIVIL NO. 3:10-cv-05389-RBL-KLS |
| Plaintiff, ) | |
| ) | AMENDED ORDER FOR EAJA FEES, |
| vs. ) | COSTS AND EXPENSES |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Amended Motion to Award EAJA Fees, Costs, and Expenses, the defendant not opposing Plaintiff's Motion, good cause having been shown, now therefore it is hereby,

ORDERED that attorney's fees in the total amount of $4,671.62 (which is for work performed by Elie Halpern in the amount of $1,082.77 plus work performed by Victoria Chhagan in the amount of $3,588.85) and expenses in the amount of $42.73 (for postage) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $16.60 (for photocopies) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), 130 S.Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at Mr. Halpern's office at Halpern & Oliver, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502; however,

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[3:10-cv-05389-RBL-KLS] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1
2
3
4
    2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Halpern & Oliver, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

DATED this 3rd day of February, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE  HALPERN_____
ELIE  HALPERN, WSBA #1519
HALPERN & OLIVER, PLLC
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[3:10-cv-05389-RBL-KLS] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055